UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTA LYALL,

          Plaintiff,

   v.

BANK OF AMERICA; RUSHMORE LOAN MANAGEMENT SERVICES; US BANK; FIRST AMERICAN TITLE; 7 JOHN AND JANE DOES,

          Defendants.

CASE NO. C19-1506-RSM

ORDER OF DISMISSAL

    This matter comes before the Court *sua sponte* and on its March 20, 2020 Order granting Defendants' motions to dismiss. Dkt. #55. Having dismissed all claims against the named Defendants, the Court ordered Plaintiff to show cause for failure to effect service on the unnamed defendants, John and Jane Does 1-7, within thirty (30) days. *Id.* at 20. Plaintiff was directed to submit proof that the unnamed defendants were served pursuant to Fed. R. Civ. P. 4 or to provide good cause for why service was not made within the time limit. *Id.* at 19. The Court cautioned that failure to respond would result in dismissal of this case.

    As of the date of this Order, Plaintiff has failed to file any response to the Court's March 20, 2020 show cause order. Accordingly, the Court hereby finds and ORDERS:

//

ORDER OF DISMISSAL - 1

1)     Petitioner's claims against the unnamed defendants, Does 1-7, are DISMISSED.

2)     This matter is CLOSED.

DATED this 24th day of April, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2