UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 27 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARTA D. LYALL,

    Plaintiff-Appellant,

v.

BANK OF AMERICA; et al.,

    Defendants-Appellees.

Nos. 19-35868
      19-35982

D.C. No. 2:19-cv-01506-RSM
Western District of Washington, Seattle

ORDER

Before: CHRISTEN and MILLER, Circuit Judges.

Appellant's motion filed in this court on December 14, 2020 is construed in part as a notice of appeal of the district court's final judgment entered on April 24, 2020. The Clerk shall transmit a copy of the amended motion filed in this court on December 14, 2020 (19-35868 Docket Entry No. 7) to the district court for filing as a notice of appeal. *See* Fed. R. App. P. 4(d). The court by this order expresses no opinion as to the timeliness of the December 14, 2020 notice of appeal.

Appellant's motion to refund the docketing and filing fees for closed appeals No. 19-35868 and 19-35982 (19-35868 Docket Entry Nos. 6, 7; 19-35982 Docket Entry Nos. 5, 6) is denied. Appellant's alternative request to apply the previously paid docketing and filing fees to a new appeal is granted, in part. The district court shall transfer one docketing and filing fee paid for closed appeal No. 19-35868 to the new appeal opened from appellant's December 14, 2020 filing.

DA/Pro Se

The mandate issued for appeal No. 19-35868 on December 13, 2019, and the mandate issued for appeal No. 19-35982 on February 18, 2020. Accordingly, the court will take no action on the remaining requests for relief contained in appellant's December 14, 2020 motion in these closed appeals.

No further filings will be entertained in these closed appeals No. 19-35868 and No. 19-35982.